# CRIMINAL COURTROOM MINUTE SHEET
# GRAND JURY ARRAIGNMENT

**DATE:** Aug 21, 2019

**CASE:** CR-19-248-D

**TIME IN COURT:** 15 mins

**COURTROOM:** 103

**MAGISTRATE JUDGE SHON T. ERWIN**

**COURTROOM DEPUTY RAVEN MCDANIEL**

**UNITED STATES OF AMERICA vs. VICTOR LEGORRETA-TORRES**

Defendant States true and correct name as: Same      AGE: ___

**Government Cnsl:** David Petermann      **Defendant Cnsl:** Laura Deskin

**U.S. Probation Officer:** Sean Bernhard      Court appointed

☒ Defendant Appears, custody of U.S. Marshal with Counsel      **Interpreter:** Rita Lyons

☒ Defendant advised of his / her right of consular notification, Defendant declines Consular notification.

☐ Court inquires of Government regarding notification of victim(s) under Justice for All Act.

☒ Dft informed that he / she is not required to make a statement and that any statement made by him / her may be used against him / her.

☒ Dft advised of his / her right to an attorney.      ☒ Dft fully advised of the substance of the count(s).

☒ Dft provided copy of Indictment      ☐ Dft waives reading of the Indictment by the Court.

☒ Dft enters plea of Not Guilty

☒ Case set on jury docket beginning the week of October 8, 2019 at 9:00 a.m. before Chief U.S. District Judge Timothy D. DeGiusti

☐ Government recommends defendant be released on _____

☒ Government recommends defendant be detained based on Risk of Flight and Danger to the Community

☐ Government _____

  ☐ Upon motion of the Government and request for continuance by _____

  ☐ Detention Hearing is set for _____

☒ Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.

☐ Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should defendant's circumstances change.

## The Court Orders:

☐ The Court finds good cause to exceed the 3 and 5 day time limits provided by the Bail Reform Act. A detention hearing will not be held at this time based upon Defendant's circumstances. Should defendant's circumstances change, a detention hearing will be promptly held upon request of either party.

☐ Defendant temporarily detained pending Detention hearing. Written Order entered. Defendant remanded to custody of U.S. Marshal.

☐ Defendant detained per Detention Order previously entered. Defendant remanded to custody of U.S. Marshal.

☐ Defendant released on previously posted bond with conditions per Release Order.

☐ Unsecured Bond set at _____ with conditions per Release Order.

☐ Secured Bond set at _____ with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.

☐ Defendant remanded to the custody of U.S. Marshal pending execution of bond.

☒ Defendant remanded to the custody of U.S. Marshal.

SR-01-2016