# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

1094 1585
1964-0808-1283-2

UNITED STATES OF AMERICA )
)
V. ) Case Number: 5:19-cr-00248-D
)
Victor Legorreta-Torres )
*Defendant*

**ARREST WARRANT**

**RECEIVED**
August 07, 2019 5:08pm
**U.S MARSHALS W/OK**

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Victor Legorreta-Torres

who is accused of an offense or violation based on the following document filed with the court:

☑ SEALED Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
21:846 DRUG CONSPIRACY
(1)
21:841(a)(1) POSSESSION OF HEROIN WITH INTENT TO DISTRIBUTE
(44)

Kathleen Thompson, Deputy Clerk
Oklahoma City, Oklahoma

WARRANT ISSUED:
3:57 pm, Aug 07, 2019
CARMELITA REEDER SHINN, Clerk
By: [signature]
Deputy Clerk

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____
ARRESTED ON: 8-20-19
WITHIN THE W DISTRICT OF OK
BY: DEA OKC

Arresting officer's signature _____
Printed name and title _____