W/F; A; C/P COURTROOM MIN. SHEET

CR. CASE NO. 19-248-D  U.S.A. -vs- Victor Legorreta-Torres

COMMENCED  2:30   ENDED  3:00   TOTAL TIME  30 minutes

JUDGE TIMOTHY D. DeGIUSTI   C.R. DEPUTY MIKE BAILEY   REPORTER EMILY CRIPE

COUNSEL FOR PLF. David Petermann, AUSA

COUNSEL FOR DFT. Cesar Armenta                Rita Lyons, Interpreter

PROCEEDINGS:    Waive/File & Plea         Arraignment         Change of Plea

MINUTE:    Enter as above.          Defendant's Age 34

Dft. appears in person with - private - counsel

Is fully apprised.        Waives Counsel.      Waives Jury.       Waives Indictment.

Consents to proceed under FJDA.

Consents that case be transferred to this District Under Rule 20.

Asks and granted leave to withdraw pleas of not guilty to COUNTS

ENTERS PLEA OF GUILTY   to COUNTS  1 of the Superseding Information filed August 21, 2020

COUNTS  of the Indictment and Superseding Indictment  to be dismissed at time of sentencing.

Plea(s) accepted and referred to Probation Officer.

Dft. given _____ days to file motions; Plf to respond _____ days thereafter.

CASE TO BE ON _____ JURY DOCKET.         WAIVES JURY

Bond set at _____ (O.R. - cash or surety)       STAND ON PRESENT BOND

Remanded to U.S. Marshal       Remanded to U.S. Magistrate for processing bond.

MAXIMUM PENALTY Life imprisonment and/or $10,000,000 fine or both

MINIMUM MANDATORY PENALTY 10 years

If sentenced - subject to SUPERVISED RELEASE, TERM OF   NLT 5 years   .

SUBJECT TO YCA

ENTER ORDER: