<u>SENTENCING COURTROOM MINUTE SHEET</u>                                                    DATE  <u>December 21, 2021</u>

CRIMINAL CASE NO. <u>CR-19-248-D</u> U.S.A. -vs- <u>Victor Legoretta-Torres</u>

COMMENCED <u>10:30</u> ENDED <u>11:45</u> TOTAL TIME  45 minutes

JUDGE TIMOTHY D. DEGIUSTI   COURTROOM DEPUTY MIKE BAILEY   COURT REPORTER CHRISTY CLARK

COUNSEL FOR PLAINTIFF <u>Chelsie Pratt, AUSA</u>

COUNSEL FOR DEFENDANT <u>Cesar Armenta</u>                                                     <u>Rita Lyons, Interpreter</u>

SENTENCING MINUTE:

Dft. appears in person ☒ with ☐ without ☒ Court-Appointed - Counsel

☒ Probation Report reviewed by counsel and defendant.

DEFENDANT IS SENTENCED TO CUSTODY OF BUREAU OF PRISONS <u>126 months as to Count 1 of the Superseding Information filed August 21, 2020</u>

Defendant placed on probation for a period of _____
with condition that defendant:
☒ comply with the conditions set forth in the judgment and commitment order
☒ special condition(s): <u>as listed in Part D of the PSR</u>

Upon expiration of sentence imposed herein, defendant shall serve a term of supervised release of <u>5 years</u>. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

☒ SPECIAL ASSESSMENT FEE OF <u>$100.00 due immediately</u>.

Defendant ordered to pay a fine in amount of $ <u>waived</u> to _____

Defendant ordered to make restitution in the amount of $_____ to _____

☒ Defendant advised of right to appeal & to appeal in forma pauperis. ☐ Defendant gives oral notice of appeal and Clerk directed to spread of record said notice of appeal.

Execution of sentence stayed until _____,
at which time defendant's court appearance bond will be exonerated.  Defendant to remain on present bond until he/she reports to designated prison.

Counts <u>of the Indictment and Superseding Indictment</u> dismissed as per order filed.

          ☒ DEF. REMANDED  TO U.S.M.     ☐ BOND EXONERATED.

The Court orders commitment to the custody of the Bureau of Prisons & recommends <u>a facility as close to Las Vegas, NV, as possible, if eligible</u> as place of confinement.