# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. **CR-19-248-D** |
| ) | |
| VICTOR LEGORRETA-TORRES, ) | |
| a/k/a Victor Torres, ) | |
| a/k/a Eduardo Vazquez, ) | |
| a/k/a Eduardo Vazquez-Zamora, ) | |
| a/k/a Ruben Hernandez, ) | |
| a/k/a Boss, ) | |
| a/k/a El Jefe, ) | |
| a/k/a Quencho, ) | |
| a/k/a Kencho, ) | |
| a/k/a El Narzi, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Defendant has entered a plea of guilty to a Superseding Information. In light of that guilty plea, the United States has moved to dismiss the Indictment returned on August 9, 2019 and the Superseding Indictment returned on October 1, 2019, as to Defendant Victor Legorreta-Torres in the best interest of justice.

It is therefore ORDERED that the Indictment returned on August 9, 2019 and the Superseding Indictment returned on October 1, 2019, as to Defendant Victor Legorreta-Torres are DISMISSED.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge