Victor Legorreta-Torres
#32788064
Danbury-fci
Rt 37
Danbury, ct 06811

WESTCHESTER NY 105
12 JAN 2024 PM 5 L

RECEIVED
JAN 16 2024
Clerk, U.S. District Court
WEST.DIST.OF OKLA.

United States Courthouse
200 Northwest fouth Street Room 1210
Oklahoma City, ok 73102

73102-302710