# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

VS.

VICTOR LEGORRETA-TORRES,
Defendant

Case Number: CR-19-248-03-D
USM Number: 32788-064

Laura K. Deskin
Defendant's Attorney

Date of Original Judgment: **12/21/2021**
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if any)*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

[✓] DISMISSED

[ ] DENIED

[ ] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ is reduced to _____

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated **December 21, 2021** shall remain in effect.

March 1, 2024
Order Date

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

**Effective Date:** _____
*(if different from order date)*

SR-03-2017